UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60330-RS

ANDREE CAMPBELL,

    Plaintiff,
v.

TRV LLC, d/b/a Wow! Wing House,
a Florida Limited Liability Company,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff ANDREE CAMPBELL and Defendant TRV LLC, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. The parties expect to file a stipulation for dismissal with prejudice within forty-five (45) days. The parties respectfully request the forty-five (45) day period to finalize the written settlement agreement and consummate its terms.

Dated: September 18, 2025                        Respectfully submitted,

| | |
|---|---|
| *s/ Aleksandra Kravets* | *s/ Adam S. Chotiner*[1] |
| Aleksandra Kravets, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 120562 | FL Bar No. 0146315 |
| Aleksandra Kravets, Esq. P.A. | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 865 SW 113 Lane | 7777 Glades Road, Suite 400 |
| Pembroke Pines, FL 33025 | Boca Raton, FL 33434 |
| Tel: (347) 268-9533 | Tel: (561) 477-7800 |
| E-Mail: ak@akesqpa.com | Fax: (561) 477-7752 |
| *Counsel for Plaintiff* | Email: achotiner@sbwh.law |
| | *Counsel for Defendant* |

---

[1] Plaintiff's counsel Aleksandra Kravets has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Andree Campbell v. TRV LLC, d/b/a Wow! Wing House*
Case No. 0:25-cv-60330-RS
United States District Court, Southern District of Florida

| | |
|---|---|
| Aleksandra Kravets, Esq.<br>E-Mail: ak@akesqpa.com<br>Aleksandra Kravets, Esq. P.A.<br>865 SW 113 Lane<br>Pembroke Pines, FL 33025<br>Tel: (347) 268-9533<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |